IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| VALERIE SIERRA<br><br>  Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN<br>SOCIAL SECURITY COMMISSIONER,<br><br>  Defendant. | Civ. No. 6:13-cv-02285-CL<br><br>OPINION and ORDER |

MCSHANE, Judge:

Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 13), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). See also *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). I find no error and conclude it is correct.

1 – OPINION AND ORDER

THEREFORE, IT IS HEREBY ORDERED that, Magistrate Judge Clarke's Findings and Recommendation (ECF No. 13) is **ADOPTED** in its entirety. Accordingly, the decision of the Commissioner of the Social Security Administration is **AFFIRMED**. The Clerk of the Court is ordered to enter a judgment dismissing this action.

IT IS SO ORDERED.

DATED this 31st day of August, 2015.

                                                **Michael J. McShane**
                                                **United States District Judge**